**UNITED DAIRY, BAKERY & FOOD WORK**
R.W.D.S.U., LOCAL 386 - AFL-CIO-CLC.
3181 EASTERN AVE. S.E., GRAND RAPIDS, MI 49508
Ph: (616) 241-4576 / Ph: (616) 241-4849
Fax: (616) 241-0392 / 1-(888) 241-4576



**GRIEVANCE FORM**

PLAINTIFF EXHIBIT 2

No. 4169

**Step (2-B) Two (Reduced to Writing)**

Company: DFA Dairy Brands    Department: All    Classification: All    Date: 3/18/25

Grievance Statement: On February 21, 2025 the state of Michigan passed a law that requires employers to provide sick time for their employees. DFA Dairy Brands has not enacted this law at the Grand Rapids plant for employees

Remedy Requested: (To be made whole, all monies, benefits, promotions & any other losses.) Enact the sick law make retroactive back to February 21, 2025

Contract Violation: Article(s) Article 6   Section(s) 25   (And all others Pertaining) Other: _____

Signature: Steve Suter   (Print Name) Steve Suter   Presented to Management: 3/18/25

**Management (Step 2 B)**

Management's Disposition: By: Denied   Response Time (10 Days): 3/28/25

Return to Union: 04/01/25

**Union: (Step 2 - B)**
Accepted [ ]   Appealed [ ]   Union Rep: _____   Returned to Management: __/__/__

**Step (3 C) Three**

Management's Disposition: By: Denied   Response Time (10 Days): 05/05/25

The act applies beginning on the stated expiration date in the collective bargaining agreement. The current expiration for the CBA is 10/03/2025

Return to Union: 05/05/25

**Union: (Step 3 C)**
Accepted [ ]   Appealed [ ]   Union Rep: _____   Returned to Management: __/__/__

**Step (4-D) Four**

Management's Disposition: By: _____   Response Time (10 Days): __/__/__

[ ] Appealed, The Company is herewith given official notice of the Union's intent to forward this grievance to arbitration.
   Union: _____   Company: _____   Return to Union: __/__/__

[ ] Accepted, Resolution: _____

Union: _____   Company: _____   (Step) _____   Date: __/__/__